260 So.2d 421

**In re Joe L. ROBINSON, alias**

v.

**STATE.**

**Ex parte Joe L. Robinson, alias.**

6 Div. 947.

Supreme Court of Alabama.

April 6, 1972.

Fred Blanton, and Morel Montgomery and Charles L. Dunn, Birmingham, for petitioner.

William J. Baxley, Atty. Gen., and Joseph G. L. Marston, III, Asst. Atty. Gen., for the State.

HEFLIN, Chief Justice.

Petition of Joe L. Robinson, alias, for Certiorari to the Court of Criminal Ap-

**750**

peals to review and revise the judgment and decision of that Court in Robinson, alias v. State, 47 Ala.App. 689, 260 So.2d 419.

Writ denied.

LAWSON, MERRILL, HARWOOD and MADDOX, JJ., concur.